UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Phytelligence, Inc., <br><br> Plaintiff, <br><br> v. <br><br><br> Washington State University, <br><br> Defendant. | CASE NO. CV18-00405 RAJ <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This action is reassigned to the Honorable Ricardo S. Martinez because it is related to Case No. CV18-361RSM. This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned. *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012). All pleadings filed in the future shall bear case numbers CV18-00405RSM.

Dated this 15th day of May, 2018.

WILLIAM M. McCOOL
Clerk

s/TOMAS HERNANDEZ
Deputy Clerk

MINUTE ORDER – 1