UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., | CASE NO. C18-405RSM |
| Plaintiff, | ORDER FOR SUPPLEMENTAL JOINT STATUS REPORT |
| v. | |
| WASHINGTON STATE UNIVERSITY, | |
| Defendant. | |

Defendant removed this action to this Court on the basis of its counterclaim of patent infringement. Dkt. #1. Accordingly, the Court has issued an Order Setting Trial Dates and Related Dates that accommodates claim construction and a *Markman* hearing. Dkt. #30. However, from the Joint Status Report filed by the Parties (Dkt. #28), it is not clear to the Court whether this case will require claim construction.

Accordingly, the Court hereby ORDERS that the Parties meet and confer and submit a supplemental joint status report indicating whether claim construction and a *Markman* hearing are necessary in this matter. The supplemental joint status report shall be filed **no later than twenty-one (21) days from the date of this Order**.

Dated this 29 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1