UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE UNIVERSITY, <br><br> Defendant. | NO. C18-405 RSM <br><br> ORDER EXTENDING CASE SCHEDULE |

THIS MATTER having come before the Court on the stipulation of the parties and the Court having reviewed the files and all submitted materials,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial date in this matter is reset to July 29, 2019, and the pretrial deadlines in this matter shall be reset by the Clerk accordingly in a new scheduling order.

DATED this 16th day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING CASE SCHEDULE - 1