1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHYTELLIGENCE, INC.,

Plaintiff,

v.

WASHINGTON STATE UNIVERSITY,

Defendant.

No. C18-405 RSM

STIPULATED MOTION AND
ORDER EXTENDING DISCOVERY
DEADLINE FOR DEPOSITIONS
AND EXTENDING DEADLINES
FOR DISCOVERY AND
DISPOSITIVE MOTIONS

Plaintiff Phytelligence, Inc. ("Phytelligence") and Defendant Washington State University ("WSU"), by and through their counsel of record, state and stipulate as follows:

**BACKGROUND**

1.      The parties plan to take 16 additional depositions (13 individuals and three entities pursuant to Rule 30(b)(6)).  In order to accommodate the schedules of witnesses and counsel, the parties believe that an extension of the discovery period, by 18 days, from April 1, 2019, to April 19, 2019, is necessary.  The extension shall apply only to depositions of the 16 witnesses identified.

2.      WSU has also requested an additional two days to prepare and file additional dispositive motions, from Tuesday, April 30, 2019, to Thursday, May 2, 2019.  Because this extension will not affect the noting date for dispositive motions, Phytelligence is willing to

STIPULATED MOTION EXTENDING DISCOVERY
AND MOTIONS DEADLINES (2:16-cv-00405-RSM) - 1
4835-8414-7337v.2 0067901-000133

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

1  agree to such an extension, subject to its position that no such additional motion by WSU is

2  permissible without prior leave of this Court

3      3.      Phytelligence is currently in discussions with several third parties to whom it has

4  directed subpoenas regarding compliance with those subpoenas, and wishes to have additional

5  time in which to resolve those compliance issues before it must file motions to compel

6  compliance with the subpoenas.  The parties therefore wish and believe good cause exists to

7  extend the deadline for filing motions related to discovery pertaining to compliance with

8  subpoenas issued by Phytelligence by six days, from Friday, March 1, 2019 to Thursday,

9  March 7, 2019.  Again, this extension will not affect the noting date for motions related to

10  discovery.

11      4.      None of these requested extensions will require any change to the trial date.

12      5.      The parties reserve all rights to oppose any motions related to discovery or

13  dispositive motions on any basis.

## STIPULATED MOTION

15  Based on the above background, the parties stipulate and respectfully request that the

16  Court order as follows:

17      1.      The discovery completion deadline is extended from April 1, 2019 to April 19,

18  2019, for the sole purpose of taking depositions of deponents that the parties have identified to

19  each other prior to the filing of this stipulation.

20      2.      The deadline for filing motions related to discovery is extended from Friday,

21  March 1, 2019 until Thursday, March 7, 2019.  Any such motions shall be noted for

22  consideration pursuant to LCR 7(d)(3).

23      3.      The deadline for filing dispositive motions is extended from Tuesday, April 30,

24  2019, to Thursday, May 2, 2019.  Any such motion shall be noted on the motion calendar no

25  later than the fourth Friday thereafter pursuant to LCR 7(d)(3).

26

27

STIPULATED MOTION EXTENDING DISCOVERY
AND MOTIONS DEADLINES (2:16-cv-00405-RSM) - 2
4835-8414-7337v.2 0067901-000133

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

DATED this 1st day of March, 2019.

| | |
|---|---|
| Wilson Sonsini Goodrich & Rosati<br>Attorneys for Plaintiff Phytelligence, Inc. | Davis Wright Tremaine LLP<br>Attorneys for Defendant Washington<br>State University |

By: s/Barry M. Kaplan
    Barry M. Kaplan, WSBA #8661
    Chris Petroni, WSBA #46966
701 Fifth Avenue, Suite 500
Seattle, WA 98104
Tel: 206-883-2500
Fax: 206-883-2699
Email: bkaplan@wsgr.com
Email: cpetroni@wsgr.com

Colleen Bal (*pro hac vice*)
John P. Flynn (*pro hac vice*)
Max T. Selfridge (*pro hac vice*)
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: 415-947-2000
Fax: 415-947-2099
Email: cbal@wsgr.com
Email: jflynn@wsgr.com
Email: mselfridge@wsgr.com

Sara L. Tolbert (*pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-493-6811
Email: stolbert@wsgr.com

By: s/Stuart R. Dunwoody
    Stuart R. Dunwoody, WSBA #13948
    Rebecca J. Francis, WSBA #41196
    Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7034
Email: stuartdunwoody@dwt.com
Email: rebeccafrancis@dwt.com
Email: rachelherd@dwt.com

PURSUANT TO STIPULATION, IT IS SO ORDERED this 8th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE