UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE UNIVERSITY, <br><br> Defendant. | NO. 2:18-cv-00405-RSM <br><br> STIPULATED MOTION AND ORDER REGARDING RENOTING OF AND BRIEFING SCHEDULE FOR WSU'S MOTION TO EXCLUDE |

Plaintiff Phytelligence, Inc. ("Phytelligence") and Defendant Washington State University ("WSU"), by and through their counsel of record, stipulate as follows:

1. Pursuant to the Court's March 8, 2019 Order extending deadlines (Dkt. #76), the deadline for dispositive motions is May 2, 2019 and any such motion must be noted on the motion calendar no later than the fourth Friday thereafter pursuant to Local Civil Rule 7(d)(3).

2. Pursuant to Local Civil Rule 16(b)(4), the deadline to file any motion to exclude expert testimony is not later than the deadline to file dispositive motions.

3. On May 2, 2019, WSU filed a Motion to Exclude Expert Testimony of Peter Wrobel (Dkt. #78) and noted the motion for May 17, 2019 pursuant to Local Civil Rule 7(d)(3).

4. In order to accommodate the schedules of counsel, the parties believe that an extension to the briefing schedule is necessary.

STIPULATED MOTION RE WSU'S MOTION TO EXCLUDE
(2:18-cv-00405-RSM)

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206)883-2699

5. The requested extension will not require any change to the trial date.

**STIPULATED MOTION**

Based on the above background, the parties stipulate and respectfully request that the Court order as follows:

6. WSU shall file a Notice of Motion Renoted pursuant to Local Civil Rule 7(*l*) that changes the noting date for WSU's Motion to Exclude Expert Testimony of Peter Wrobel (the "Motion") to June 14, 2019.

7. The parties agree to the following briefing schedule for the Motion as renoted: Phytelligence shall file and serve any papers in opposition to the Motion on or before June 3, 2019. WSU shall file and serve any reply papers in support of the Motion on or before June 14, 2019.

STIPULATED MOTION RE WSU'S MOTION TO EXCLUDE - 2
(2:18-cv-00405-RSM)

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206)883-2699

DATED this 2nd day of May, 2019.

| | |
|---|---|
| Wilson Sonsini Goodrich & Rosati, P.C.<br>*Attorneys for Plaintiff Phytelligence, Inc.* | Davis Wright Tremaine LLP<br>*Attorneys for Defendant Washington State University* |

By: s/*Barry M. Kaplan*
   Barry M. Kaplan, WSBA #8661
   Chris Petroni, WSBA #46966
701 Fifth Avenue, Suite 500
Seattle, WA 98104
Tel: 206-883-2500
Fax: 206-883-2699
Email: bkaplan@wsgr.com
Email: cpetroni@wsgr.com

Colleen Bal (*pro hac vice*)
John P. Flynn (*pro hac vice*)
Max T. Selfridge (*pro hac vice*)
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: 415-947-2000
Fax: 415-947-2099
Email: cbal@wsgr.com
Email: jflynn@wsgr.com
Email: mselfridge@wsgr.com

Sara L. Tolbert (*pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-493-6811
Email: stolbert@wsgr.com

By: s/*Rachel H. Herd*
   Stuart R. Dunwoody, WSBA #13948
   Rebecca J. Francis, WSBA #41196
   Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7034
Email: stuartdunwoody@dwt.com
Email: rebeccafrancis@dwt.com
Email: rachelherd@dwt.com

PURSUANT TO STIPULATION, IT IS SO ORDERED this 7 day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION RE WSU'S MOTION TO EXCLUDE - 3
(2:18-cv-00405-RSM)

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206)883-2699