UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHYTELLIGENCE, INC.,

    Plaintiff,

v.

WASHINGTON STATE UNIVERSITY,

    Defendant.

Case No. C18-405 RSM

ORDER REOPENING CASE

This matter comes before the Court *sua sponte* and based on today's status conference with the parties. Given that Defendant Washington State University's counterclaims remain unaddressed by the Court, the Court hereby ORDERS this case be REOPENED with the previous trial date of July 29, 2019. All other pretrial deadlines are STRICKEN pending further discussions between the parties. A second status conference will be set for 1:30 p.m. on July 12, 2019.

DATED this 19th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER REOPENING CASE - 1