UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE UNIVERSITY, <br><br> Defendant. | No. 2:18-cv-00405-RSM <br><br> STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR WSU'S RESPONSE TO MOTION FOR RECONSIDERATION |

Plaintiff Phytelligence, Inc. ("Phytelligence") and Defendant Washington State University ("WSU"), by and through their counsel of record, state and stipulate as follows:

**BACKGROUND**

1. The Court entered a Minute Order on June 28, 2019 (Dkt. 107) directing WSU to file a response to Phytelligence's Motion for Reconsideration (Dkt. 102) within ten days of entry of the Minute Order, i.e. by July 8, 2019.

2. To accommodate the schedules of its counsel, WSU requests a one-week extension of the deadline for filing a response to the Motion for Reconsideration, to July 15, 2019. WSU's attorney Rebecca Francis will be on vacation with her family from June 29 through July 6, 2019, and WSU's attorney Stuart Dunwoody will be out of town for the Fourth of July holiday from July 3 through July 7, 2019.

**STIPULATED MOTION**

STIPULATED MOTION AND ORDER RE RESPONSE
TO MOT. FOR RECONSIDERATION (2:16-cv-00405-RSM) - 1
4841-1663-5035v.1 0067901-000133

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

| | |
|---|---|
| 1 | Based on the above background, the parties stipulate and respectfully request that the Court order as follows: |
| 2 | |
| 3 | 1. WSU shall file and serve its response to Phytelligence's Motion for Reconsideration by no later than July 15, 2019. |
| 4 | |
| 5 | DATED this 1st day of July, 2019. |

Wilson Sonsini Goodrich & Rosati
Attorneys for Plaintiff Phytelligence, Inc.

By: s/Barry M. Kaplan
    Barry M. Kaplan, WSBA #8661
    Chris Petroni, WSBA #46966
701 Fifth Avenue, Suite 500
Seattle, WA 98104
Tel: 206-883-2500
Fax: 206-883-2699
Email: bkaplan@wsgr.com
Email: cpetroni@wsgr.com

Colleen Bal (*pro hac vice*)
John P. Flynn (*pro hac vice*)
Max T. Selfridge (*pro hac vice*)
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: 415-947-2000
Fax: 415-947-2099
Email: cbal@wsgr.com
Email: jflynn@wsgr.com
Email: mselfridge@wsgr.com

Sara L. Tolbert (*pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-493-6811
Email: stolbert@wsgr.com

Davis Wright Tremaine LLP
Attorneys for Defendant Washington State University

By: s/Stuart R. Dunwoody
    Stuart R. Dunwoody, WSBA #13948
    Rebecca J. Francis, WSBA #41196
    Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7034
Email: stuartdunwoody@dwt.com
Email: rebeccafrancis@dwt.com
Email: rachelherd@dwt.com

PURSUANT TO STIPULATION, IT IS SO ORDERED this 2 day of July, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE RESPONSE
TO MOT. FOR RECONSIDERATION (2:16-cv-00405-RSM) - 2
4841-1663-5035v.1 0067901-000133

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700