UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE UNIVERSITY, <br><br> Defendants. | CASE NO.: 2:18-cv-00405-RSM <br><br> **ORDER GRANTING STIPULATED MOTION TO UNSEAL DOCUMENTS** |

This matter comes before the Court on Phytelligence, Inc. and Washington State University's Stipulated Motion to Unseal Documents. Dkt. #152. Having considered the motion, it is hereby:

ORDERED that Phytelligence, Inc. and Washington State University's Stipulated Motion to Unseal Documents is GRANTED. As stated in the Motion, the Parties' respective declarations will be refiled by the parties with the documents referenced unsealed.

DATED this 27th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE